# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMANTHA PERRYMAN, et al.<br><br>   Defendants. | 1:13-cv-00763 BAM<br><br>ORDER DENYING MOTION TO COMPEL AND MOTION FOR DEFAULT JUDGMENT AS PREMATURE<br><br>(ECF No. 8) |

   Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on May 22, 2013.  (ECF No. 1.)  Plaintiff filed an amended complaint on July 3, 2013.

   On December 10, 2013, Plaintiff filed the instant motion to compel defendants to produce documents, motion for entry of default and motion for default judgment.  (ECF No. 8.)

   Plaintiff's motions are premature and shall be denied without prejudice.  The Court has not screened Plaintiff's amended complaint to determine whether it is subject to dismissal or whether the action should proceed to discovery on Plaintiff's claims.  28. U.S.C. § 1915 § (e)(2)(B)(ii) ("Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that ... the action or appeal ... fails to state a claim upon which relief may be granted.")  The Court also has not ordered service of the complaint and has not opened discovery in this matter.

Accordingly, Plaintiff's motion to compel, motion for entry of default and motion for entry of default judgment are HEREBY DENIED, without prejudice, as premature.

IT IS SO ORDERED.

Dated:   **December 17, 2013**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE