# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMANTHA PERRYMAN, et al.<br><br>  Defendants. | 1:13-cv-00763 BAM<br><br>ORDER DENYING MOTION TO COMPEL DISCOVERY AS PREMATURE<br>(ECF No. 14) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on May 22, 2013. (ECF No. 1.) Plaintiff filed an amended complaint on July 3, 2013.

On December 10, 2013, Plaintiff filed a motion to compel defendants to produce documents, motion for entry of default and motion for default judgment. (ECF No. 8.) On December 18, 2013, the Court denied Plaintiff's motions without prejudice as premature because the Court (1) had not screened Plaintiff's amended complaint to determine whether it is subject to dismissal or whether the action should proceed to discovery on Plaintiff's claims; (2) had not ordered service of the complaint; and (3) had not opened discovery in this matter. (ECF No. 9.)

On January 16, 2014, Plaintiff filed the instant motion to compel discovery. (ECF No. 14.) As with his prior motion, the instant motion is premature. To date, the Court has not screened Plaintiff's amended complaint, ordered service or opened discovery in this matter. The Court will screen Plaintiff's complaint in due course. 28. U.S.C. § 1915 § (e)(2)(B)(ii).

1  Accordingly, Plaintiff's motion to compel discovery, filed on January 16, 2014, is DENIED
2  without prejudice as premature.
3  IT IS SO ORDERED.

    Dated:   **January 16, 2014**              /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE