# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMANTHA PERRYMAN, et al.<br><br>　　　　　Defendants. | )　1:13-cv-00763 BAM<br>)<br>)　ORDER DENYING PLAINTIFF'S SECOND<br>)　MOTION FOR DEFAULT JUDGMENT AS<br>)　PREMATURE<br>)　(ECF No. 17)<br>)<br>)<br>)<br>)<br>) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on May 22, 2013.  (ECF No. 1.)  Plaintiff filed an amended complaint on July 3, 2013.  (ECF No. 5.)

On December 10, 2013, Plaintiff filed a combined motion to compel defendants to produce documents, for entry of default and for default judgment.  (ECF No. 8.)  On December 18, 2013, the Court denied the motions without prejudice as premature.  The Court explained to Plaintiff that his amended complaint has not been screened to determine whether it was subject to dismissal or whether the action should proceed to discovery on Plaintiff's claims.  The Court also explained that the Court had not ordered service of the complaint or opened discovery. (ECF No. 17.)

On March 12, 2014, Plaintiff filed a second motion for default judgment.  (ECF No. 17.) As before, Plaintiff's motion is premature.  The Court has not screened Plaintiff's amended

1   complaint pursuant to 28 U.S.C. § 1915(e) and has not ordered service or opened discovery.

2   Plaintiff is advised that the Court screens complaints in the order in which they are filed and

3   strives to avoid delays whenever possible.  However, there are hundreds of pro se civil rights

4   cases presently pending before the Court, and delays are inevitable despite the Court's best

5   efforts.  Plaintiff's first amended complaint will be screened in due course.

6          For the reasons stated, Plaintiff's motion for default judgment is HEREBY DENIED

7   without prejudice as premature.

8   IT IS SO ORDERED.

9

    Dated:    **March 17, 2014**                          /s/ *Barbara A. McAuliffe*           _
10                                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28