# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>           Plaintiff,<br><br>   v.<br><br>SAMANTHA PERRYMAN, et al.<br><br>           Defendants. | 1:13-cv-00763 BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AS PREMATURE<br><br>(ECF No. 24) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on May 22, 2013. (ECF No. 1.) Plaintiff filed an amended complaint on July 3, 2013. (ECF No. 5.)

On December 10, 2013, Plaintiff filed a combined motion to compel defendants to produce documents, for entry of default and for default judgment. (ECF No. 8.) On December 18, 2013, the Court denied the motions without prejudice as premature. The Court explained to Plaintiff that his amended complaint had not been screened to determine whether it was subject to dismissal or whether the action should proceed to discovery on Plaintiff's claims. The Court also explained that the Court had not ordered service of the complaint or opened discovery. (ECF No. 17.)

On March 12, 2014, Plaintiff filed a second motion for default judgment. (ECF No. 17.) As before, the Court denied Plaintiff's motion as premature. The Court again explained that it

had not screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e) and had not ordered service or opened discovery. Plaintiff was advised that the Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of pro se civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Plaintiff was further advised that his first amended complaint would be screened in due course.

On July 3, 2014, Plaintiff filed the instant motion requesting that the Clerk of the Court enter default against defendants for failure to plead or otherwise defend. Plaintiff also moves for the entry of default judgment against defendants. As before, Plaintiff's requests for entry of default and default judgment are premature. The Court has not yet screened Plaintiff's amended complaint and has not ordered service or opened discovery. Plaintiff's amended complaint will be screened in due course. However, Plaintiff is admonished that any further requests for default or default judgment before screening has been conducted may result in the imposition of sanctions.

For the reasons stated, Plaintiff's motion for entry of default and default judgment are HEREBY DENIED without prejudice as premature.

IT IS SO ORDERED.

Dated:   **July 17, 2014**                     /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE